IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RADONICH,

    Petitioner,                          No. 2:11-cv-0005 KJN P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS
AND REHABILITATION,

    Respondent.                      ORDER
                                        /

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a conviction issued by the Santa Cruz Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Santa Cruz County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

        1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

1        2. This matter is transferred to the United States District Court for the Northern
2  District of California.
3  DATED: January 11, 2011

                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE

rado0005.108